# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASSOCIATED MANAGEMENT CONSULTANTS, INC., d/b/a/ AMCI FINANCE, a Washington Corporation,<br>          Plaintiff,<br>     v.<br>OAK PATCH GIFTS, LLC, a Delaware Limited Liability Company,<br>          Defendant. | NO.  2:13-cv-00377-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 36. The parties ask that the above-captioned action be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 36, is **GRANTED**.

2.  The above-captioned action is **dismissed** with prejudice and without costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 24th day of November, 2014.

_____
Stanley A. Bastian
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 1